Dismissed and Memorandum Opinion filed June 17, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00169-CV

____________

 

BILLIE STEPHENS, Appellant

 

V.

 

LINDA and BEN OWENS, Appellees

 



 

On Appeal from the 212th District Court

Galveston County, Texas

Trial Court Cause No. 07CV0801

 



 

M E M O R
A N D U M   O P I N I O N

This appeal is from a judgment signed January 21, 2010.  No
clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  

On May 26, 2010, notification was transmitted to all parties
of the court’s intention to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment.  See Tex. R. App.
P. 37.3(b).  Appellant has not
provided this court with proof of payment for the record. 

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates and Boyce.